## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00948-JLK

JACKSON NATIONAL LIFE INSURANCE COMPANY,
a Michigan corporation,

    Plaintiff,

v.

CHARLES J. CROSBY,

CALEB I. CROSBY,

KALI J. CROSBY,

and

CHARLES WILLIAM DEWERT as trustee of the Jacquelyn K. DeWert Trust

    Defendants.

## ORDER GRANTING LEAVE
## TO DEPOSIT FUNDS INTO THE REGISTRY OF THE COURT

The Court, having reviewed plaintiff Jackson National Life Insurance Company's Motion for Leave to Deposit Funds with the Court and Request for Forthwith Disposition (doc. #7), filed April 2, 2014, hereby orders as follows:

Pursuant to Fed. R. Civ. P. 67 and D.C.COLO.LCivR 67.2, the Court grants leave for plaintiff Jackson National Life Insurance Company to deposit with the Court Registry the annuity contract death benefit at issue in this interpleader action.  Pursuant D.C.Colo.L.Civ 67.2(b) the funds will be deposited into the Court Registry Investment

System interest bearing account.

DATED this 3rd day of April, 2014.

BY THE COURT

*s/John L. Kane*