IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-00948-JLK

JACKSON NATIONAL LIFE INSURANCE COMPANY,
a Michigan corporation,

    Plaintiff,

v.

CHARLES J. CROSBY,

CALEB I. CROSBY,

KALI J. CROSBY,

and

CHARLES WILLIAM DEWERT as trustee of the Jacquelyn K. DeWert Trust

    Defendants.

---

**ORDER REGARDING JOINT STIPULATION TO DISMISS WITH PREJUDICE AND AWARD OF ATTORNEYS' FEES AND COSTS**

---

THE COURT, having reviewed the Parties' Joint Stipulation to Dismiss with Prejudice and Award of Attorneys' Fees and Costs, and finding good cause,

HEREBY ORDERS AS FOLLOWS:

(1)    Plaintiff Jackson National Life Insurance Company ("Jackson") is dismissed from the above entitled action with prejudice; and

(2)    Jackson is awarded its ~~reasonable costs and~~ attorneys' fees totaling $5,205.50, which are to be paid out of the policy benefit deposited with the Registry of

the Court.

DATED this 8th day of July, 2014.

BY THE COURT

/s/ John L. Kane