## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-00948-JLK

JACKSON NATIONAL LIFE INSURANCE COMPANY,
a Michigan corporation,

    Plaintiff,

v.

CHARLES J. CROSBY,

CALEB I. CROSBY,

KALI J. CROSBY,

and

CHARLES WILLIAM DEWERT as trustee of the Jacquelyn K. DeWert Trust

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION FOR COSTS

THE COURT, having reviewed Jackson National Life Insurance Company's Unopposed Motion for Costs [doc. #35], and finding good cause,

HEREBY ORDERS AS FOLLOWS:

(1)  Jackson National Life Insurance Company is awarded its costs of $592.86, which are to be paid out of the policy benefit deposited with the Registry of the Court.

DATED this 25th day of July, 2014.

                                                            BY THE COURT

                                                            ***s/John L. Kane***