IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-00948-JLK

**JACKSON NATIONAL LIFE INSURANCE COMPANY,**
a Michigan Corporation,

    Plaintiffs,

v.

**CHARLES J. CROSBY, CALEB I. CROSBY, KALI J. CROSBY, and CHARLES WILLIAM DEWERT, as trustee of the JACQUELYN K. DEWERT TRUST,**

    Defendants.

---

**ORDER RE:  STIPULATED MOTION TO REOPEN CASE PURSUANT TO F.R.C.P. 60**

---

THE COURT, having reviewed the stipulated motion to reopen, and finding good cause,

HEREBY ORDERS AS FOLLOWS:

(1) The above captioned case shall be reopened as requested; and

(2) The defendants shall file motions to amend their respective answers to assert crossclaims within 30 days of the date of this Order.

DATED this 25th day of July, 2014.

BY THE COURT

_/s/ John L. Kane_