IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **14-cv-948-JLK**

**JACKSON NATIONAL LIFE INSURANCE COMPANY, a Michigan corporation,**

    Plaintiff,

v.

**CHARLES J. CROSBY,**
**CALEB I. CROSBY.**
**KALI J. CROSBY, and**
**WILLIAM CHARLES DeWERT, as trustee of the Jacqueline K. DeWert Trust,**

    Defendant.

## ORDER GRANTING STIPULATED MOTION TO AMEND ANSWERS TO ASSERT CROSSCLAIMS AND TO REALIGN THE PARTIES

Kane, J.

The Stipulated Motion to Amend Answers to Assert Crossclaims and to Realign the Parties [doc. #39], filed August 22, 2014, is **GRANTED.** It is

**ORDERED** that the parties are permitted to amend their answers, to assert crossclaims, and realign the parties. The Amended Answers and Crossclaims [doc. #39-2 and 39-3] are accepted as filed.

Dated this 28th day of August, 2014.

BY THE COURT:

*s/John L. Kane*
John L. Kane, Senior Judge
United States District Court