**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. **14-cv-00948-JLK**

**CALEB I. CROSBY, and
KALI J. CROSBY,**

    Plaintiffs,

v.

**CHARLES J. CROSBY, and
CHARLES WILLIAM DEWERT, as trustee of the JACQUELYN K. DEWERT TRUST,**

    Defendants.

---

**ORDER GRANTING JOINT MOTION TO TRANSFER VENUE PURSUANT TO
28 U.S.C. § 1404 TO THE SOUTHERN DISTRICT OF OHIO**

---

The Joint Motion to Transfer Venue Pursuant to 28 § 1404 to the Southern District of Ohio [doc. #43], filed September 18, 2014 is **GRANTED**. It is

**ORDERED** that this case **TRANSFERRED** to the United States District Court for the Southern District of Ohio for further adjudication. It is

**FURTHER ORDERED** that all interplead funds currently held in this Court's registry, minus the registry fee, are likewise transferred to the registry for the Southern District of Ohio, Cincinnati Division.

Dated this 18th day of September, 2014.

                                      BY THE COURT:

                                      *s/John L. Kane*
                                      John L. Kane, Senior Judge
                                      United States District Court